**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Kenneth George EBANKS, also known
as Kenneth Bell, also known as
Bigs, Defendant–Appellant.**

No. 07–11254
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2008.

Rick Calvert, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Kenneth Bell, John MacIntyre Nicholson, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Kenneth George Ebanks has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ebanks has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. According-

ly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

